DISTRICT OF OREGON
**F I L E D**
March 23, 2020
Clerk, U.S. Bankruptcy Court

Below is an order of the court.

_____
TRISH M. BROWN
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re: | Case No. 19-34107-tmb11 |
|---|---|
| BODY BY PASTRAMI, LLC, | ORDER GRANTING DEBTOR'S MOTION TO EXTEND DEADLINE |
| Debtor. | |

THIS MATTER having come before the Court on Debtor's Motion to Extend Time to file Debtor's Rule 2015 Financial Report filed by Debtor Body By Pastrami, LLC. The Court having reviewed the Motion, and being otherwise duly advised; now, therefore,

/ / / / /

/ / / / /

/ / / / /

/ / / / /

Page 1 of 2      ORDER GRANTING MOTION TO EXTEND TIME

{00350838:1}

**MOTSCHENBACHER & BLATTNER LLP**
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 19-34107-tmb11    Doc 61    Filed 03/23/20

IT IS HEREBY ORDERED as follows:

1) The Motion is GRANTED.

2) Debtor shall file its February Rule 2015 Financial Report by April 21, 2020.

###

Order Presented by:

MOTSCHENBACHER & BLATTNER LLP

/s/ Nicholas J. Henderson
Nicholas J. Henderson, OSB #074027
nhenderson@portlaw.com
Troy G. Sexton, OSB #115184
tsexton@portlaw.com
117 SW Taylor Street, Suite 300
Portland, OR 97204
Telephone: 503-417-0500
Facsimile: 503-417-0521
Of Attorneys for Debtor

## PARTIES TO SERVE:

**ECF Electronic Service:** All participants.

**Service via First-Class Mail:** None.

Page 2 of 2   ORDER GRANTING MOTION TO EXTEND TIME

{00350838:1}

MOTSCHENBACHER & BLATTNER LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 19-34107-tmb11    Doc 61    Filed 03/23/20